**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

UNITED STATES OF AMERICA,   Case No.  1:12-cr-54

    Plaintiff,   Judge Michael R. Barrett

  v.

CHRISTOPHER STEGAWSKI,

    Defendant.

### VERDICT FORM FOR COUNT 1

We, the jury, with respect to Count 1 of the Indictment (knowingly, intentionally, and unlawfully combining, conspiring, confederating, and agreeing together to knowingly, intentionally, and unlawfully distribute and dispense a mixture and substance containing a detectable amount of diazepam, hydrocodone, oxycodone, alprazolam, and carisoprodol – controlled substances – not for a legitimate medical purpose and outside the scope of medical practice in violation of section 841(a)(1) of Title 21 of the United States Code), find the Defendant, Christopher Stegawski:

Not Guilty_____    Guilty _____X_____

2/13/2015                         s/Juror
_____     _____
DATE                              FOREPERSON

    s/Juror                         s/Juror
_____     _____

    s/Juror                         s/Juror
_____     _____

    s/Juror                         s/Juror
_____     _____

    s/Juror                         s/Juror
_____     _____

    s/Juror                         s/Juror
_____     _____

    s/Juror
_____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

UNITED STATES OF AMERICA,　　　　　　　　Case No.  1:12-cr-54

　　　　Plaintiff,　　　　　　　　　　　　　　Judge Michael R. Barrett

　　v.

CHRISTOPHER STEGAWSKI,

　　　　Defendant.

## VERDICT FORM FOR COUNT 2

We, the jury, with respect to Count 2 of the Indictment (aided and abetted John Randy Callihan in the knowing and intentional maintaining of a place at 4322 Airway Road, Dayton, Ohio, for the purpose of storing and distributing or using controlled substances in violation of section 856(a)(1) of Title 21 of the United States Code and section 2 of Title 18 of the United States Code), find the Defendant, Christopher Stegawski:

　　　Not Guilty___X_____　　　　　Guilty _____

　2/13/2015　　　　　　　　　　　　　s/Juror
_____　　　_____
DATE　　　　　　　　　　　　　　FOREPERSON

　　　s/Juror　　　　　　　　　　　　　s/Juror
_____　　　_____
　　　s/Juror　　　　　　　　　　　　　s/Juror
_____　　　_____
　　　s/Juror　　　　　　　　　　　　　s/Juror
_____　　　_____
　　　s/Juror　　　　　　　　　　　　　s/Juror
_____　　　_____
　　　s/Juror　　　　　　　　　　　　　s/Juror
_____　　　_____
　　　s/Juror
_____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

UNITED STATES OF AMERICA,        Case No.  1:12-cr-54

    Plaintiff,        Judge Michael R. Barrett

  v.

CHRISTOPHER STEGAWSKI,

    Defendant.

**VERDICT FORM FOR COUNT 3**

     We, the jury, with respect to Count 3 of the Indictment (aided and abetted John Randy Callihan in the knowing and intentional maintaining of a place at 10940 State Route 104, Lucasville, Ohio, for the purpose of storing and distributing or using controlled substances in violation of section 856(a)(1) of Title 21 of the United States Code and section 2 of Title 18 of the United States Code), find the Defendant, Christopher Stegawski:

    Not Guilty_____       Guilty ____X_____

___2/13/2015_____       _____s/Juror_____
DATE                                              FOREPERSON

_____s/Juror_____      _____s/Juror_____

_____s/Juror_____      _____s/Juror_____

_____s/Juror_____      _____s/Juror_____

_____s/Juror_____      _____s/Juror_____

_____s/Juror_____      _____s/Juror_____

_____s/Juror_____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

UNITED STATES OF AMERICA,        Case No. 1:12-cr-54

    Plaintiff,        Judge Michael R. Barrett

  v.

CHRISTOPHER STEGAWSKI,

    Defendant.

**VERDICT FORM FOR COUNT 4**

We, the jury, with respect to Count 4 of the Indictment (knowingly and intentionally maintaining a place at 211 Township Road, Suite 2 & 3, South Point, Ohio, for the purpose of storing and distributing or using controlled substances in violation of section 856(a)(1) of Title 21 of the United States Code), find the Defendant, Christopher Stegawski:

Not Guilty_____      Guilty _____X_____

2/13/2015        s/Juror
_____      _____
DATE        FOREPERSON

   s/Juror        s/Juror
_____      _____

   s/Juror        s/Juror
_____      _____

   s/Juror        s/Juror
_____      _____

   s/Juror        s/Juror
_____      _____

   s/Juror        s/Juror
_____      _____

   s/Juror
_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,                           Case No.  1:12-cr-54

       Plaintiff,                                                  Judge Michael R. Barrett

  v.

CHRISTOPHER STEGAWSKI,

       Defendant.

## VERDICT FORM FOR COUNT 5

      We, the jury, with respect to Count 5 of the Indictment (knowingly, intentionally, and unlawfully combining, conspiring, or agreeing together to knowingly conduct or attempt to conduct a financial transaction or transactions affecting interstate commerce, which involved and which was known to involve proceeds from the illegal distribution of controlled substances, that is, to issue three (3) checks from U.S. Bank account # XXXXXXXX6229, captioned in the name of Eastside Medical Specialist, 4322 Airway Road, Dayton, Ohio, in the amounts of $10,000.00, $10,000.00 and $16,000.00 on December 29, 2009, January 23, 2010 and February 9, 2010, with the intent to promote the carrying on of the illegal distribution of controlled substances, in violation of section 1956(a)(1)(A)(i) of Title 18 of the United States Code, and to knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000.00, that is the deposit of $14,220.00 U.S. Currency into bank account # XXXXXXXX8841, captioned in the name of Lucasville Medical Specialist, 10940 State Route 104, Lucasville, Ohio, such property having been derived from the illegal distribution of controlled substances, in violation of section 1957 of Title 18 of the United States Code), find the Defendant, Christopher Stegawski:

    Not Guilty_____                    Guilty ____X_____

  2/13/2015                                                       s/Juror
_____             _____
DATE                                                               FOREPERSON

      s/Juror                                                      s/Juror
_____             _____

      s/Juror                                                      s/Juror
_____             _____

| | |
|---|---|
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | |